IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES F. DEVLIN, individually and Executor of the ESTATE OF JAMES C. DEVLIN, deceased | : : : : | Civ. No. 3:12-CV-00766 |
| Plaintiff, | : : : | (Judge Brann) |
| v. | : : | |
| THE HOME DEPOT USA, INC., | : : | |
| Defendant. | : | |

**ORDER**
December 23, 2013

AND NOW, this 23[th] day of December, 2013, it is hereby ORDERED, in accordance with a Memorandum of this same date, that:

1. Defendant The Home Depot USA, Inc.'s Motion for Summary Judgment (ECF No. 24) is DENIED in part and GRANTED in part.

2. Plaintiff James F. Devlin, individually and Executor of the Estate of James C. Devlin's claim for punitive damages is dismissed.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge